### McCRANIE *v.* MINCHEW.

HILL, J. The facts in the present case are practically identical with those in the case of *Malone* v. *Minchew*, this day decided. The principle there ruled is controlling in the instant case; and the judgment of the lower court is therefore. *Affirmed. All the Justices concur.*

No 7578. JUNE 17, 1930.

### DAVIS *v.* MINCHEW.

HILL, J. This case is controlled by the rulings made in the case of *Malone* v. *Minchew*, ante.

*Judgment affirmed. All the Justices concur.*

No. 7651. JULY 15, 1930.

*Humphrey & Potter, J. P. Knight,* and *J. A. Murray,* for plaintiff in error.

*Slater, Moore, Oberry & Wheless,* contra.